DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIERRA S. TWITTY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2013

[February 20, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 19-3950-CF-10A.

Tierra S. Twitty, Ocala, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***